Honorable Judge Hovland,

Dec. 27th, 2023

    I only feel it's proper that I be allowed to weigh in on my defense as to why I should be afforded freedom from the compassionate release motion filed on my behalf.

This is my 25th year behind bars. I am not the same man I was 25 years ago, but after 25 years who is? I have spent most of my time in prison working on becoming a better man. I have been through many educational programs including college and many personal programs including anger management, critical thinking, errors in thinking, drug programs, etc. I was 26 years old in 1997 and many could say I was a capable adult to act on my own accord. However, the emotional and physical abuse I was getting from Jamie Gianakos was overwhelming. I've never seen myself as a broken man, but I was. I can see now all the errors in my thinking, and just being wrong in so many ways in how I was thinking. I am well aware of all the people I have hurt in my past and all the lives I have ruined in my way of thinking that I am directly responsible for. I cannot change the past or bring Anne Camp back to her loving family. I have realized that the 25 years I have spent in prison is the same amount of years Anne walked this Earth. I wish every day I could relive that night over. I wish many things I cannot change and never a day goes by I don't think about her and her family. I discuss daily with youthful offenders about accepting responsibilities for the things we have done. Then we can forgive ourselves and ask others to forgive us as well. Forgiveness can be obtained in time and with effort. I believe I have shown through my prison record that I have been a model inmate all these years. I have not assaulted anyone in prison, yet I have been assaulted several times due to the facts of my case. I was convicted of hurting a female. I was taught at an early age that should never happen. My parents raised me right and should never be blamed for the sins of their son. I accept full responsibility for my actions, and I tell you that one bad judgement should never be able to define the man I am today. It has taken me 25 years to take an honest look at myself and to see the man I wanted to become. I am salvageable. I feel I am a rehabilitated man and not a threat to anyone. I can be a productive member of society. I am proof prison does work for some people.

Rehabilitation is not just a word to use lightly. I have been stabbed on three different occasions. I have had a pipe hit me in the head out of anger. I have had my nose broken three times and many contusions. I never got bitter; I got better. Not once did I retaliate against these men. My head and heart have changed. I see what is truly important. Family! My family is dying. I lost so many family members throughout the years, including my father. Now my mother and daughter are both sickly and are in need of help. I could help them without bein an expense to the government. Your Honor, you could keep me on house arrest the entire time I take care of my family and I wouldn't complain. I just want to be able to show I am a better father, son, uncle, and friend.

      I would like to bring up one last thing. Judge Conmy (my sentencing and trial judge) said at my sentencing hearing:

"In the possible event that the current standards established by congress are modified in the future so that there is created a possibility of your release from custody....should the laws change, and should you be afforded a release....."

I believe Judge Conmy could not foretell the future, but I believe in my heart he anticipated the laws to change. He also stated, "The computation is meaningless because of a congressional mandate." In fact, congress has changed the laws like he thought they would. Now the change in this law has afforded me an opportunity to be released if you were to only see that I am not a threat to anyone. The bureau of prisons deems me to be a minimum recidivism. That means they feel that I will NOT likely re-offend.

    Congress has revised the laws for people like me. An opportunity to give a second chance to a man with no criminal history and who poses no threat to society. Somone who has been a model inmate in the bureau of prisons my entire incarceration. It is possible that a man can change and I have proven that to many doubters. I have become rehabilitated for society to open up their arms to me to become a person free from criminal thinking and behavior.

    I beg you, Your Honor to give me a second chance to prove I am worthy of this responsibility. I firmly believe a reduction of my sentence is warranted in my favor. 30 years in prison is a long time behind bars for anyone. I am asking you to reduce my sentence from life to 30 years. I would still have some time to do but it would ready me to reenter society without the chance to fail. I will be 53 years old in January, and I feel I can work and take care of my family if afforded this chance.

    I recently found paperwork that the prosecution in my case (Chris Myers) offered my attorney a deal if I did not go to trial. The deal was for 12 years. I can argue I was never told this by my attorney, but I honestly do not remember. Either way, I have spent 13 more years in prison than the deal that was offered by Mr. Myers's plea agreement . I would like you to consider that when you make your ruling. Thank you for your time and consideration.

                                        Sincerely,
                                    Michael Gianakos #08186-059